FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-4399
_____

JARREL EMMETT MAPP,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

November 21, 2018

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

LEWIS, WETHERELL, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jarrel Emmett Mapp, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.